IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Paige McMahon,

        Plaintiff,

v.

R.R. Donnelley & Sons Co.,

        Defendant.

Case No. 2:07-cv-1235

Judge Marbley

Magistrate Judge King

## FINAL ORDER

The Court, having approved the parties' proposed settlement agreement, hereby enters this Final Order. This action shall be and is hereby dismissed with prejudice against Plaintiff and without attorney's fees or costs, except as provided in the parties' settlement agreement and previously approved by the Court.

IT IS SO ORDERED.

United States District Judge Algenon L. Marbley

Dated: *Nov. 24, 2008*